**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 96-10083**
**Summary Calendar**
_____


**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**PAUL LOVELL WEBB,**

**Defendant-Appellant.**

_____

**Appeal from the United States District Court**
**for the Northern District of Texas**
**USDC No. 3:95-CR-359-D**
_____

March 12, 1996

Before JOLLY, JONES and STEWART, Circuit Judges.

PER CURIAM:[*]

Paul Lovell Webb appeals the district court's order of detention pending trial. Because the decision of the district court is supported by the proceedings below, considered in light of the clear and convincing standard, the decision of the district court is **AFFIRMED**. See United States v. Rueben, 974 F.2d 580, 586 (5th Cir. 1992), cert. denied, 113 S. Ct. 1336 (1993).

_____

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.